THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WEBSTER DANIEL, Appellant.

Submitted May 12, 1947; decided May 14, 1947.

Motion for amendment of the record on appeal denied; the original papers submitted on the motion by the People for a special jury may be referred to upon the argument of the appeal.